# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Cassandra M. Stanley, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00674 |
| v. | : | Judge Marbley |
| Michael J. Astrue, | : | Magistrate Judge Abel |
| Commissioner of Social Security, | | |
| Defendant | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the July 16, 2009 Order, the Court ADOPTS the Report and Recommendation of the Magistrate Judge. This case is REMANDED to the Commissioner.

Date: **July 16, 2009**          **James Bonini, Clerk**

                                                  s/Betty L. Clark
                                                  Betty L. Clark/Deputy Clerk