IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CASSANDRA M. STANLEY, | : | |
| Plaintiff | : | Civil Action 2:08-cv-674 |
| v. | : | Judge Marbley |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Abel |
| | : | |
| Defendant | | |

**ORDER**

This matter is before the Court pursuant to Plaintiff Cassandra M. Stanley's motion for an award of attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. 21). Defendant has not opposed this motion, and the time for opposition has now elapsed. Accordingly, the motion (Doc. 21) is **GRANTED**. Plaintiff Cassandra M. Stanley is hereby **AWARDED** attorney fees in the amount of Three Thousand One Hundred Twenty-Two Dollars and Twenty-Five Cents ($3,122.25).

s/Algenon L. Marbley
United States District Judge